UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL BOLES**,<br><br>Plaintiff,<br><br>v.<br><br>**DELTA OUTSOURCE GROUP, INC.**,<br><br>Defendant. | Case No.  15-cv-02703-YGR<br><br>**ORDER DENYING MOTIONS FOR TELEPHONIC APPEARANCE; CONTINUING CASE MANAGEMENT CONFERENCE; SETTING COMPLIANCE HEARING**<br><br>Re: Dkt. Nos. 20, 22 |

The parties have both filed motions to appear by telephone at the initial Case Management Conference ("CMC") set for November 16, 2015.  (Dkt. Nos. 20, 22.)  The proffered bases for the motions are essentially convenience and the view that the underlying action does not warrant a personal appearance.  (*Id.*)  As this Court has advised through its standing order:

> These conferences are intended to be substantive and productive. Accordingly, each party shall be represented at case management conferences by counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters in the CAND CMC Order and Civil L.R. 16-10(b). Failure to do so shall be considered grounds for sanctions. Because of the substantive quality of the initial case management conference, telephonic appearances are disfavored. The Court will grant requests to appear by telephone only upon a compelling showing of good cause. The routine inconveniences of travel do not constitute good cause.

Standing Order in Civil Cases § 6.  Accordingly, the requests are **DENIED**.

Additionally, the Court has reviewed the parties' joint CMC statement and the pleadings in this action and hereby **CONTINUES** the Case Management Conference to **November 30, 2015** so that the parties can determine whether consent to a magistrate judge *of their choice and for all purposes* is warranted.  The Northern District's use of magistrate judges for all purposes has been hailed as the model for the United States.

In this regard, counsel **shall personally** review each magistrate judge's profile and discuss

the option with both opposing counsel and their clients.  Profiles of each magistrate judge and their respective locations can be found at:  http://www.cand.uscourts.gov/judges.  The Court hereby **SETS** a compliance hearing on **November 30, 2015** at **9:01 a.m.** in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.  Counsel shall confirm compliance as follows: by November 20, 2015, the parties shall file either: (1) a joint stipulation to a magistrate judge for all purposes, or (2) a joint statement verifying counsel have personally reviewed each magistrate judge's profile and have discussed the options as directed but have been unable to reach consensus.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Failure to file the required joint filing may result in sanctions.  If the parties have not stipulated to a magistrate judge, the CMC will proceed before the undersigned as scheduled herein.

This Order terminates Docket Numbers 20, 22.

**IT IS SO ORDERED.**

Dated: November 10, 2015

_____
**YVONNE GONZÁLEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**