UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BOLES, an individual, | ) Case No. 4:15-cv-02703-YGR |
| Plaintiff, | ) [PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |
| v. | ) |
| DELTA OUTSOURCE GROUP, INC., a Missouri corporation, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-captioned action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED:   November 24, 2015

_____
HON. YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT JUDGE